UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



WANDA PFEIFFER

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

CIVIL ACTION

NO. 07-616-C

### RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated April 14, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, under sentence four of 42 U.S.C. § 405(g), the final determination of the Commissioner of Social Security Michael J. Astrue denying the application for disability income benefits filed by plaintiff Wanda Pfeiffer will be reversed, and this action will be remanded to the Commissioner for reevaluation of the plaintiff's claim for disability income benefits.

Baton Rouge, Louisiana, May 27, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA